IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   504 W. Hamilton St., #3701, Allentown, PA 18101

Post Office:   Allentown            County:   Lehigh

City and State of Defendant:   Haddon Township, New Jersey

County:   Camden County          Register number: _____

Place of accident, incident, or transaction:   Eastern District of Pennsylvania

Post Office:  Allentown            County:   Lehigh

RELATED CASE, IF ANY:
Criminal cases are deemed related when the answer to the following question is "yes".
  Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

  YES/NO: No
  Case Number:                          Judge:

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ○ Commercial Mail Fraud
4. ○ Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ● General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)
18 U.S.C. § 1112 (involuntary manslaughter – 1 count)
49 U.S.C. § 46306(b)(7) (serving as an airman without a certificate – 40 counts)

DATE:  August 1, 2024            *s/ Robert W. Schopf*
                                  Robert W. Schopf
                                  Assistant United States Attorney

File No. 2024R00088
US v Philip McPherson