AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br><br>PHILIP EVERTON MCPHERSON II<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   24-CR-277-1<br><br>SEALED |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PHILIP EVERTON MCPHERSON II ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18:1112 - INVOLUNTARY MANSLAUGHTER
49:46306(b)(7) - SERVING AS AN AIRMAN WITHOUT A CERTIFICATE

Date:   08/01/2024

s/ Eric Sobieski
*Issuing officer's signature*

City and state:   Philadelphia, Pa

Eric Sobieski, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/5/24 , and the person was arrested on *(date)* 8/5/24
at *(city and state)* 504 HAMILTON ST ALLENTOWN, PA

Date:   8/5/24

DUSM CJ Alexander
*Arresting officer's signature*

DUSM Alexander 4029
*Printed name and title*