IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SECOND SUPERSEDING INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   504 W. Hamilton St., #3701, Allentown, PA 18101

Post Office:  Allentown          County:  Lehigh

City and State of McPherson:  Riverside, New Jersey    City and State of Saleem: Easton, Pennsylvania

County:  Burlington County                County: Northampton

Place of accident, incident, or transaction:    Eastern District of Pennsylvania

Post Office:  Allentown          County:   Lehigh

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO:  No
Case Number:                Judge:

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ☐ Antitrust

2. ☐ Income Tax and other Tax Prosecutions

3. ☐ Commercial Mail Fraud

4. ☐ Controlled Substances

5. ☐ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial

6. ● General Criminal

   18 U.S.C. $ 371 (conspiracy to commit offenses against the United States - I count)
   18 U.S.C. $ 1349 (conspiracy to commit wire fraud - I count)
   18 U.S.C. $ 1112 (involuntary manslaughter- I count)
   18 U.S.C. $ 1505 (obstruction of administrative proceeding - I count)
   49 U.S.C. $ 46306(bX7) (serving as an airman without a certificate - 40 counts)
   Notice of Forfeiture

DATE:  April 24, 2025            *s/ Robert W. Schopf*
                                  Robert W. Schopf
                                  Assistant United States Attorney

File No. 2024R00088
US v Philip McPherson et al