# EXHIBIT B:

# AUSA Schopf Email re Signature of Guilty Plea Agreement

**Joseph D. Mancano**

| | |
|---|---|
| **From:** | Angelo Cameron <angelocameron@msn.com> |
| **Sent:** | Thursday, January 8, 2026 4:01 PM |
| **To:** | Joseph D. Mancano |
| **Subject:** | Fw: U.S. v. Philip McPherson |
| **Attachments:** | McPherson_GPA_Signed 10.10.2025 v.1.pdf |

**Angelo L. Cameron, ESQ**
**100 S Broad Street**
**Suite 1830**
**Philadelphia, PA 19110**
**Angelocameron@msn.com**
**215-880-5162**

**From:** Schopf, Robert (USAPAE) <Robert.Schopf@usdoj.gov>
**Sent:** Friday, October 10, 2025 11:18 AM
**To:** Christine_Stein@paed.uscourts.gov <christine_stein@paed.uscourts.gov>
**Cc:** Angelo Cameron <angelocameron@msn.com>; Miller, Marie <marie.miller@oig.dot.gov>
**Subject:** U.S. v. Philip McPherson

Good morning Christine,

The government was informed this morning by Mr. Cameron that Mr. McPherson has executed a guilty plea agreement in his case and that we will not need a jury for this matter. We have received a copy of the signed plea agreement but due to Mr. Cameron's travel out of town to a CLE, Mr. Cameron is not able to sign the document until Tuesday. He has indicated his agreement to us orally. I understand the time-constraints on the Court's schedule, but would it be possible to have a change of plea hearing on Tuesday October 14th? My thought was that if the defendant changed his mind, we would still be in a position to proceed with trial as scheduled. Also, we will submit an official signed copy of the plea agreement to the Court at the time of the change of plea.

Respectfully,



**Robert W. Schopf**
Assistant United States Attorney

United States Attorney's Office, Eastern District of Pennsylvania
Allentown: 504 West Hamilton Street Street | Suite 3701 | Allentown, PA 18101
Philadelphia: 615 Chestnut Street | Suite 1250 | Philadelphia, PA 19106
Cell: 215-764-2265 | Email: Robert.Schopf@usdoj.gov