EXHIBIT C:

Mariana Rossman Letter to Court of October 10, 2025



# The Rossman Firm

Mariana Rossman, Esquire
mrossman@therossmanfirm.com

October 10, 2025

**VIA ELECTRONIC MAIL** (Chambers_of_Judge_John_Gallagher@paed.uscourts.gov)
The Honorable John M. Gallaher
504 W. Hamilton Street
Suite 4701
Allentown, PA 18101

RE:   **United States of America v. Philip E. McPherson II**
      **24-cr-00277**

Dear Judge Gallagher,

    I received a call today from Philip McPherson seeking my representation in the above-referenced matter. Mr. McPherson is concerned about the quality of the representation he has received and is not confident that his current counsel is advocating for his best interests.

    I am prepared to enter my appearance and represent Mr. McPherson moving forward but understand there is a change of plea hearing scheduled for next Tuesday October 14, 2025, and a trial on October 15, 2025. I cannot be ready to advise him on either option in such short order. Cognizant that we are just days before a trial is scheduled to begin, I would ask for the Court's permission before entering my appearance given my need for more time to prepare as new counsel.

    I thank the Court in advance for its consideration of this request. Should Your Honor wish to schedule a telephone conference, I am available at your convenience. If the Court wishes to see us in person, I am available Monday and Tuesday of next week.

Respectfully Submitted

*Mariana Rossman*

Mariana Rossman, Esquire

Cc:   Marie Miller, Esquire (marie.miller@oig.dot.gov)
      Robert Schopf, Esquire (robert.schopf@usdoj.gov)
      Angelo Cameron, Esquire (angelocameron@msn.com)