# EXHIBIT D:

# Mariana Rossman Email With Chamber's Response to Her October 10, 2025 Inquiry

**Joseph D. Mancano**

**From:** Mariana Rossman <mrossman@therossmanfirm.com>
**Sent:** Wednesday, November 26, 2025 12:41 PM
**To:** Joseph D. Mancano
**Subject:** Fw: United States v. McPherson (24-cr-00277)

This was the reply.



Mariana Rossman, Esq.
The Rossman Firm, LLC
1500 Walnut Street, 7th Floor West
Philadelphia, PA 19102
(215) 913-6290
mrossman@therossmanfirm.com
www.therossmanfirm.com

**From:** Chambers of Judge John Gallagher <Chambers_of_Judge_John_Gallagher@paed.uscourts.gov>
**Sent:** Friday, October 10, 2025 4:13 PM
**To:** Mariana Rossman <mrossman@therossmanfirm.com>
**Cc:** marie.miller@oig.dot.gov <marie.miller@oig.dot.gov>; robert.schopf@usdoj.gov <robert.schopf@usdoj.gov>; angelocameron_msn.com <angelocameron@msn.com>; Christine Stein <Christine_Stein@paed.uscourts.gov>
**Subject:** Re: United States v. McPherson (24-cr-00277)

Attorney Rossman,
Whether counsel should enter an appearance on the docket is a matter between counsel and client. As you noted, we will be in Court on Tuesday, October 14, 2025 at 1:30 p.m. and again, if necessary, starting Thursday, October 16, 2025 at 9:00 a.m.

*Christine C. Stein*
Deputy Clerk to Judge John M. Gallagher
United States District Court, Eastern District of PA
Direct: (610) 391-7012
Chambers: (610) 434-3457
Email: Christine_Stein@paed.uscourts.gov

**From:** Mariana Rossman <mrossman@therossmanfirm.com>
**Sent:** Friday, October 10, 2025 2:48 PM
**To:** Chambers of Judge John Gallagher <Chambers_of_Judge_John_Gallagher@paed.uscourts.gov>
**Cc:** marie.miller@oig.dot.gov <marie.miller@oig.dot.gov>; robert.schopf@usdoj.gov <robert.schopf@usdoj.gov>;