EXHIBIT E:

AUSA Schopf Email to Court with New Change of Plea Memorandum, October 13, 2025

**Joseph D. Mancano**

| | |
|---|---|
| **From:** | Angelo Cameron <angelocameron@msn.com> |
| **Sent:** | Thursday, January 8, 2026 4:09 PM |
| **To:** | Joseph D. Mancano |
| **Subject:** | Fw: U.S. v. McPherson - Change of Plea Memorandum |
| **Attachments:** | COP Memo_McPherson v.2.pdf |

**Angelo L. Cameron, ESQ**
**100 S Broad Street**
**Suite 1830**
**Philadelphia, PA 19110**
**Angelocameron@msn.com**
**215-880-5162**

**From:** Schopf, Robert (USAPAE) <Robert.Schopf@usdoj.gov>
**Sent:** Monday, October 13, 2025 9:14 AM
**To:** .Judge Gallagher's Deputy Clerk (Christine_Stein@paed.uscourts.gov) <Christine_Stein@paed.uscourts.gov>
**Cc:** Miller, Marie <marie.miller@oig.dot.gov>; Angelo Cameron <angelocameron@msn.com>
**Subject:** U.S. v. McPherson - Change of Plea Memorandum

Good morning Christine,

Attached is the government's change of plea memorandum for U.S. v. McPherson. At tomorrow's hearing, we will submit the signed guilty plea agreement along with a signed sealed entry for non-cooperation per the new order from Chief Judge Beetlestone.

Respectfully,



**Robert W. Schopf**
Assistant United States Attorney

United States Attorney's Office, Eastern District of Pennsylvania
Allentown: 504 West Hamilton Street Street | Suite 3701 | Allentown, PA 18101
Philadelphia: 615 Chestnut Street | Suite 1250 | Philadelphia, PA 19106
Cell: 215-764-2265 | Email: Robert.Schopf@usdoj.gov

1