# EXHIBIT G:

# Austin Lessard Email to FAA Harry Soudas Regarding Aircraft Flight

**From:** Austin Lessard
**Sent:** Wednesday, November 2, 2022 9:00 PM
**To:** Soudas, Harry (FAA)
**Subject:** N7329F 09/24/2022 Flight Transcript

Below is a list of events in chronological order from 09/24/2022 (MDY) on my last flight in N7329F with Sameer Bose as requested.

1. Departed from Braden Airpark (N43).
    a. No issues noted.

Flew towards Deleware Water Gap for maneuver practice.
    a. Slow flight, turning on a point slow flight, simulated takeoff stalls, and landing stalls.

Minor navigation via VORs heading towards Jake Arner Memorial (22N).
Once within a few nautical miles of 22N, we did a simulated emergency descent to just above pattern altitude.
Once within range, we did a simulated engine out landing.
    a. The landing went well, smooth too, and landed on runway 26.

Taxied and then parked to use the restroom.
Returned and started the plane.
Taxied to runway 26 for departure.
Completed the pre-takeoff runup.
    a. All systems indicated we were good for takeoff.

We rolled out and lined up on runway 26.
    a. I had the controls.

I gradually increased to full throttle and we began to roll.
About ¼ of the way down the runway I noticed our slow acceleration.
    a. I visually and physically confirmed the throttle to be fully opened.

Halfway down the runway, I lost confidence in our rate of acceleration, I killed the throttle and applied brakes.
After coming to a stop we exited the runway and returned to the taxiway.
We taxied back to the runup area again.
    a. Along the way, Sameer made a call to Nouman. (I'm guessing that the other party on the call was Nouman because Sameer was speaking another language - - presumably, so I did not raise concerns - - and I suspect it was Nouman because they seem to be the same ethnicity and likely speak the same language.)

During our runup, we decided to do a full-throttle RPM test.
    a. This test revealed that we were about 200RPM short of our standard static full-throttle RPM.

We rolled out back onto runway 26 and Sameer assumed the controls.
    a. At this point I was already thinking this was a bad idea, I had already been trained to not do anything with a faulty engine. I did not object to the takeoff only because I trusted Sameer. Why not trust him, he is a pilot and I'm not so I believed he knew better.

After locking the brakes, going full throttle, and then releasing the brakes, we started rolling down runway 26.
Halfway down the runway we still were not accelerating at our normal pace.

About ¾ of the way down the runway we were starting to hit our rotation speed of 65mph.
    a. Note that we prefer to rotate at 70mph because it makes the take-offs less risky.
We took off thankfully, although once in the air we were barely gaining speed, and had to sacrifice our AoA to sustain a constant speed.
    a. Looking out the window we were about what I would consider 20ft from the top of the trees. I'm not confident however and simply was eyeballing our distance.
From there we did a mostly straight-out departure, trying to gain altitude and speed.
    a. For the rest of the flight, my jobs were making radio calls, reading our speed elevation and heading, as well as look for possible emergency landing sights.
After doing some circles slowly gaining altitude, we changed course towards the South East, only clearing the mountain tops by a few hundred feet.
At first, we considered doing a landing at Slatington (69N) but did not because of active parachuting causing the runway to a NOTAM.
We set course to Lehigh Valley International (KABE) originally with the intent to land.
    a. I made contact with KABE and asked Sameer if I should announce our situation as an emergency. I was discouraged because this was not considered an emergency.
After being only a few nautical miles from KABE Sameer asked if I thought we could make it to Allentown Queen City Municipal Airport (XLL). I said yes simply because I honestly had no idea and was just trusting Sameer's judgment.
    a. By this point, I began to realize that we were no longer gaining substantial altitude and barely maintaining our speed. I would like to say we were traveling around 70-90mph. At our lowest, I remember us reaching 60-65mph when attempting to gain further altitude. We were only gaining/maintaining speed when we were descending.
After contacting KABE with our new request for flight following to XLL we changed course and announced our intent for a straight-in landing at runway 15.
    a. Again I asked if I should announce us as a state of emergency so we could have priority when landing at 15. I was again told no.
We tried to keep as much altitude as possible until the very end. A few nautical miles out we began to descend. However, we noticed by descending we would be touching down at a ludicrous speed and likely had no opportunity to attempt a go-around.
Originally Sameer tried flying in a zig-zag pattern. Similar to what I've attempted in video games when in a similar situation.
    a. Up until now I had been surprisingly calm, but once I realized what situation I was truly in and the possible consequences I did not feel as easy, but I also did not panic.
Once Sameer realized we would be landing too fast, we changed our target from runway 15 to runway 07.
We did a big right-hand turn followed by a tight left-hand turn for short final runway 07.
    a. Appropriate radio calls were made before and after each stage.
Before crossing the highway it appeared like we wouldn't make it to the numbers. We were very slow, and not gaining altitude. At points, it almost looked like we would be striking the end of the runway on the grass wall/slope before the highway.
Thankfully we touched down around the numbers on runway 07.
After coasting to a complete stop with minimal brake usage we began our taxi.

      a. Our exact method of taxiing to our "parking spot" is lost to me. We stopped the plane on the northern end of the field.
After covering up and doing the appropriate after-flight logging we left XLL.
      a. Note that while with Sameer no logging of N7329F's faulty engine.

Concluding the flight I did not truly realize what mortal danger I was in until I made it back to my car which was left at N43. My mother described me once I was home as "very shaken." By then I realized that I could have easily been killed on that takeoff, or even the landing, and that my decision to initially abort the takeoff was correct and that we should not have been flying that plane.

---

Special notes:

I messaged Sameer on 09/28/2022 MDY asking when I would be hearing from him next. It had been a few days without any communication.

I had not heard about the crash until days later from the school guidance counselor but asked to not hear any information from her because I did not want to hear about a student pilot dying when I am a student pilot.

I was never informed of the crash from ProFlite, but only learned of their involvement after meeting with a new flight school a little over a week ago. I changed flight schools because I had lost faith in ProFlite's safety protocols following their actions during my last flight. After finally learning about the crash, the victim, as well as the instructor on board I was completely floored. The pieces started falling into place in my head.

If I were to place a bet on what happened and why Phil took the plane it would be this.
- Since there was no logging of the engine I can only surmise that Phil was not informed about the state of the plane. 4 days, from personal experience, also seems very fast for a repair of that nature to be made, inspections conducted, and permission to resume operations granted.
- Phil is a very safe and up-to-and-above-standard pilot; he not only teaches to the standard but even above it. While Sameer taught to practice standards.
- Phil likely got into the plane and did a normal runup not revealing the engine problem at full RPM and began his standard takeoff. He likely only realized the situation when he was too far down the runway to make a complete stop using the brakes; forcing a takeoff and the closest possible landing.
- Due to the low engine output and the situation, I assume Phil was flying and was already looking for a place to land.
- With the low altitude, likely low speed, and low stall AoA Phil probably was not able to make it to his desired landing location, albeit there are not many places to land a plane in Allentown. Unfortunately, that caused him to crash where he did.

USAO#015594

I can vouch for Phil, as a former student, and confidently say that he would under no circumstance get into that plane knowing it had an issue. He had canceled lessons in advance because of iffy weather, outdated aircraft records (for weeks), and other reasons that I cannot remember at the time of writing. Phil is simply too safe of a pilot to risk his student's life and his own. If I were to guess, I would say Sameer and or Nouman did not inform Phil of the engine issues on 9/24; which unfortunately lead to the student's fatality and Phil's severe injury.