# EXHIBIT H:

# Screenshots of Texts from Saleem's Cell Phone to Attorney Gibson

> Look at the date. Everything coincides with what the FAA official told me and Phil.

> He told me he cannot fly the passengers but could

what the FAA official told me and Phil.

He told me he cannot fly the passengers but could instruct. I even offered to send another pilot to fly another student for their check ride.

Eric I had absolutely NO