EXHIBIT I:

Text Message from Saleem to Wife Kiba

August 19, 2024

```
Subject: 2024-08-19 23:12:42 UTC: +14845234297 -> [3 recipients]
From: Nouman Business Cell <+14845234297>
Date: Mon, 19 Aug 2024 19:12:42 -0400
To: Kiba <+14157661435>,
    Nouman Saleem <+14158159276>,
    Nouman  Saleem <nouman1@hotmail.com>
```

Baby I am really scared they are trying to make a case on me for NO apparent reason because FAA fucked up and told me and McPherson he was allowed to fly students as instructors but not the passengers as commercial pilot