EXHIBIT J:

Text Messages from Saleem to Wife Kiba,

August 27 to September 5, 2025

```
Subject: 2024-08-27 23:54:24 UTC: +14845234297 -> [3 recipients]
From: Nouman Business Cell <+14845234297>
Date: Tue, 27 Aug 2024 19:54:24 -0400
To: Kiba <+14157661435>,
    Nouman Saleem <+14158159276>,
    Nouman  Saleem <nouman1@hotmail.com>
```

Please understand. I didn't do anything wrong. They are wanting me to lie to protect FAA.

```
Subject: 2024-09-05 21:58:41 UTC: +14158159276 -> [3 recipients]
From: Nouman Saleem <+14158159276>
Date: Thu, 05 Sep 2024 17:58:41 -0400
To: Nouman Business Cell <+14845234297>,
    Kiba <+14157661435>,
    Nouman  Saleem <nouman1@hotmail.com>
```

Fuck them. I am done. They won't accept my truth and want me to lie which I won't ever do.

```
Subject: 2024-09-05 20:49:08 UTC: +14158159276 -> [3 recipients]
From: Nouman Saleem <+14158159276>
Date: Thu, 05 Sep 2024 16:49:08 -0400
To: Nouman Business Cell <+14845234297>,
    Kiba <+14157661435>,
    Nouman  Saleem <nouman1@hotmail.com>
```

I won't submit to their bullying ever.