**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | :    **CRIMINAL NO.: 24-cr-00277-1** |
| | : |
| **PHILIP EVERTON McPHERSON, II** | : |

_____

**ORDER**

**AND NOW**, this 13th day of April, 2026, upon consideration of Defendant's Motion to Withdraw Guilty Plea (ECF No. 136), the Government's Response Opposing the Defendant's Motion to Withdraw His Guilty Plea (ECF No. 138), the arguments made at oral argument on January 27, 2026, the Government's Supplemental Briefing Opposing the Defendant's Motino to Withdraw His Guilty Plea (ECF No. 140), and Defendant's Supplemental Brief in Support of Motion to Withdraw Guilty Plea (ECF No. 141), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 136) is **DENIED**.

BY THE COURT:


_/s/ John M. Gallagher_____
JOHN M. GALLAGHER
United States District Court Judge